UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLARENCE TYRONE STEWART, JR.                CIVIL ACTION

VERSUS                                       NO: 08-3731

CRIMINAL DISTRICT COURT OF                   SECTION: R(1)
LOUISIANA, ET AL.

### ORDER

Having reviewed *de novo* the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's objections, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that Plaintiff's complaint be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __30th__ day of October, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE